A CERTIFIED TRUE COPY

APR 2 0 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 4 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

C 06-0318 MJJ

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FILED
MAY - 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-261)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,464 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 4-25-06
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## SCHEDULE CTO-261 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  06-318            Kenneth Wehr v. Northrop Grumman Ship Systems, Inc., et al.
CAN 3  06-692            Kenneth Taylor v. Viad Corp., et al.

KENTUCKY WESTERN
KYW 3  05-341            Pauline Marie Fleischman, etc. v. CSX Transportation, Inc.

MISSISSIPPI NORTHERN
MSN 4  05-125            Dorothy Carroll, et al. v. Owens-Illinois, Inc.

NORTH CAROLINA MIDDLE
NCM 1  06-163            Daniel Earl Byrd, et al. v. Aqua-Chem, Inc., et al.
NCM 1  06-164            Allen D. McBride, et al. v. Aqua-Chem, Inc., et al.
NCM 1  06-185            Clarence D. Simmons, et al. v. Aqua-Chem, Inc., et al.
NCM 1  06-186            Delilah Marie McClester v. Aqua-Chem, Inc., et al.
NCM 1  06-187            Gordon Freeman Ashburn, Sr., et al. v. Borg-Warner Corp., et al.
NCM 1  06-188            Joann T. Kerr, etc. v. Aqua-Chem, Inc., et al.
NCM 1  06-189            Jospeh P. McSwaim, et al. v. Aqua-Chem, Inc., et al.
NCM 1  06-190            Robert C. Fitzgerald, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
NCW 1  06-37             Warren K. Hancock v. Anchor Packing Co., et al.
NCW 1  06-40             Johnny D. Garren, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-42             Otis Eddy Jones, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-46             Kenneth E. Smith, et al. v. A.W. Chesterton, Inc., et al.
NCW 1  06-47             Jerry W. Shuford, et al. v. A.W. Chesteron, Inc., et al.
NCW 1  06-50             John Beatty Barber, Jr. v. Aqua-Chem, Inc., et al.
NCW 1  06-53             Lewis Samuel Barker, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-54             Roger Terry McClure, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-55             Gregory Lee Branch v. Aqua-Chem, Inc., et al.
NCW 1  06-56             Horace Lee Winslett, III, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-57             Esther Nichols, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-58             Steve David McCurry, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-64             Joey Dale Reep, et al. v. Aqua-Chem, Inc., et al.

SOUTH CAROLINA
SC 0  06-478             Clifton H. McMullan, et al v. Aqua-Chem, Inc., et al.
SC 0  06-481             Frank Gilliam, et al. v. Aqua-Chem, Inc., et al.
SC 0  06-487             William A. Vincent, Jr., et al. v. Aqua-Chem, Inc., et al.
SC 0  06-500             Robert L. Toole, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 0  06-502             Brion A. Tolbert, et al. v. Aqua-Chem, Inc., et al.
SC 0  06-566             Jack Wilson Carroll v. Aqua-Chem, Inc., et al.
SC 0  06-569             Chris Dunlap Davis, et al. v. Aqua-Chem, Inc., et al.
SC 7  06-563             Dever Edward Solmon, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 7  06-571             Dane Lee Phillips, et al. v. Aqua-Chem, Inc., et al.
SC 8  06-479             Travis James Land v. Aqua-Chem, Inc., et al.
SC 8  06-565             James Edward Wheeler, et al. v. Aqua-Chem, Inc., et al.
SC 8  06-574             Sonya Sprout, etc. v. Aqua-Chem, Inc., et al.

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

April 25, 2006

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
PHONE
297-7704

**RECEIVED**
MAY - 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
P.O. BOX 36060
San Francisco, CA 94102-3489

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875 Transfer Order; CTO-261
         C 06 - 0318 MJJ

Dear Clerk:

The enclosed Conditional Transfer Order is being sent to you regarding the involved actions listed on this CTO. These cases have been properly identified as multi district litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**PLEASE DO NOT FORWARD A CERTIFIED DOCKET OR
A CERTIFIED COPY OF THE TRANSFER ORDER TO THIS DISTRICT.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure